UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22910-CIV-UNGARO/O'SULLIVAN

KIRK DIXON,

    Plaintiff,

v.

NATHAN A. POLLACK,

    Defendant.
_____/

### ORDER

THIS MATTER is before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (DE# 121, 7/10/19). The stipulation was filed pursuant to Rule 41(1)(A)(ii) of the Federal Rules of Civil Procedure. The entry of a Rule 41(a)(1)(A)(ii) stipulation is self executing and divests the district court of jurisdiction. See Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012). Accordingly,

**THE CLERK IS DIRECTED TO MARK THIS CASE CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of July, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE